

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2021

No. 04-21-00005-CV

**IN RE CROSS INTEGRATED TRANSPORT, LLC**, Relator

Original Mandamus Proceeding[1]

**ORDER**

Relator's petition for writ of mandamus is DENIED.

It is so **ORDERED** on January 20, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI20120, styled *Gabriel Garcia, Jonathan Elswood, and Ronald Smith v. Benigno Alvarez, D/B/A Alvarez Trucking, Luis Enrique Cabrera Martinez, and Cross Integrated Transport, LLC*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.